Form 19 - SECRETARY OF STATE - 306

Form

ROBERT WISNIEWSKI & ASSOC. P.C.
ATTN:

| U.S. SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

EUGENIUSZ POTOCZNY ON BEHALF OF HIM-    plaintiff
SELF AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED           - against -

ZEKE PROROKOVIC PAINTING, INC., ETANO    defendant

Index No. 07 CV 3541

Date Filed ..........

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
**11th    of May, 2007 at  09:15 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
**CIVIL COVER SHEET**
UPON: **ZEKE PROROKOVIC PAINTING, INC.**
the **DEFENDANT** in this action, by delivering to and leaving with
**DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

SEX: **FEMALE**         COLOR: **WHITE**         HAIR: **BLONDE**
APP. AGE: **35**         APP. HT: **5:6**         APP. WT: **140**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
16th   DAY OF   May, 2007tm

KENNETH WISSNER
Notary Public, State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3RWA34870