# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 587-8115

May 24, 2007

Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601
    *VIA TELEFAX (914) 390-4085*

    Re.: **Eugeniusz Potoczny v. Zeke Prorokovic, Inc. et al.**
        **Index No.: 07 - 3541 (CLB) (GAY)**

Dear Judge Brieant,

    This firm represents Plaintiff in the above-captioned matter. By this letter I would like to request an adjournment of an initial conference scheduled for Friday, July 13, 2007 at 9:00 am, owing to the fact that from July 10, 2007 to approximately July 18, 2007, I will be on trial in the New Jersey District Court in the matter Jankowski v. Swierad.

    Also, the record indicates that as of today's date neither an answer nor notice of appearance was filed in this case.

    Thank you for your attention to the foregoing.

                                 Respectfully submitted,

                                 _____/s/_____
                                 Robert Wisniewski (RW-5308)
                                 Attorney for Plaintiff