**THOMAS J. TROETTI**
ATTORNEY-AT-LAW
305 OLD TARRYTOWN ROAD
WHITE PLAINS, NEW YORK 10603
(914) 946-1875

FAX
(914) 949-1342

**BY FACSIMILE**

July 11, 2007

Chambers of the Honorable Charles L. Brieant
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Attention: Alice Cama, Court Clerk

          Re: Eugeniusz Potoczny v. Zeke Prorokovic, Inc. et. al.
             07 CIV. 3541 (CLB) (GAY)

Dear Ms. Cama:

    In furtherance of our recent telephone conversation, I was recently retained to represent the defendants, whose time to interpose an Answer was extended to July 12, 2007 by agreement of plaintiff's counsel and personal counsel to the defendants, Anthony Provenzano, Esq.

    Thank you for your consideration.

                                    Very Truly Yours,

                                    THOMAS J. TROETTI

TJT/tbh
cc: Robert Wiesniewski, Esq. (by facsimile)
    Anthony Provenzano, Esq. (by facsimile)