# ROBERT WISNIEWSKI P.C.

ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 587-8115

September 28, 2007

Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601
    *VIA TELEFAX (914) 390-4085*

### Re.: Eugeniusz Potoczny v. Zeke Prorokovic, Inc. et al.
### Index No.: 07 - 3541 (CLB) (GAY)

Dear Judge Brieant,

I represent the Plaintiff in the above-referenced matter. By this letter I confirm that the status conference scheduled originally for today was adjourned to Friday, November 9, 2007 at 9:00 AM.

Sincerely,

Robert Wisniewski

cc: Thomas J. Troetti, Esq.
    Counsel for Defendants