ROBERT WISNIEWSKI (RW-5308)
ROBERT WISNIEWSKI P.C.
Attorneys for Plaintiff
225 Broadway, Suite 612
New York, NY 10007
(212) 267-2101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

EUGENIUSZ POTOCZNY on behalf of himself and on behalf
of all others similarly situated,

**Docket No.:07 - 3541
(CLB) (GAY)**

Plaintiff

-against-

ZEKE PROROKOVIC PAINTING, INC. and ZIVKO
PROROKOVIC

Defendants

-------------------------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF JUDGMENT

PLEASE TAKE NOTICE that pursuant to Rule 68 of the Federal Rules of Civil

Procedure, Plaintiff EUGENIUSZ POTOCZNY accepts Defendants ZEKE PROROKOVIC

PAINTING, INC. and ZIVKO PROROKOVIC's offer, served on Plaintiff on December 3, 2007,

that the Judgment be taken against all Defendants in this action by the Plaintiff, in the lump sum

of Twenty-Five Thousand Five Hundred and Two Dollars ($25, 502.00), which includes all costs

and attorneys fees now accrued.

Dated:     New York, NY
           December 10, 2007

ROBERT WISNIEWSKI P.C.

By: _____
    Robert Wisniewski

Attorneys for Plaintiff
225 Broadway, Suite 612
New York, New York  10007
(212) 267-2101

TO:

Thomas J. Troetti, Esq.
Attorney for Defendants
305 Old Tarrytown Road
White Plains, New York 10603
(914) 946-1875