# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 5~~~~~~~

**MEMO ENDORSED**

May 14, 2008

Charles L. Brieant, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601

*VIA FIRST CLASS MAIL and TELEFAX (914) 390-4085*

> *This case is now Dismissed with leave to re-open within Sixty (60) days to enforce the terms of the Settlement agreement*
> *So Ordered*
> *Charles Brieant*
> *5/15/08   USDJ*

Re.: Eugeniusz Potoczny v. Zeke Prorokovic, Inc. et al.
**Index No.: 07 - 3541 (CLB) (GAY)**

Dear Judge Brieant,

I represent the Plaintiff in the above-captioned matter. Pursuant to the Order of Judgment offered by Defendants under Fed. R. Civ. P. Rule 68 on December 3, 2007 and accepted by Plaintiff on December 10, 2007, Plaintiff signed a Stipulation for Dismissal to be held in escrow until Defendants' check for $25,502.00 (Twenty-Five Thousand Five Hundred and Two Dollars) clears.

In light of the agreement between Plaintiff and Defendants, both parties file a joint request that the May 16, 2008 Case Management Conference be adjourned sine die or alternatively to dismiss this case with a sixty (60) day proviso to reopen it if Defendants' check does not clear.

Thank you for your attention to the foregoing.

Sincerely,

Robert Wisniewski

cc: Thomas J. Troetti, Esq.
    Counsel for Defendants